**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WAYNE SPIVEY, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAVID B. LONG, Warden, ) <br> ) <br> Respondent. ) <br> _____) | No. CV 14-2973-PSG(CW) <br><br> JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: <u>June 2, 2014</u>

<u>PHILIP S. GUTIERREZ</u>
PHILIP S. GUTIERREZ
United States District Judge